Dismissed and Memorandum Opinion filed September 7, 2006








Dismissed
and Memorandum Opinion filed September 7, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00214-CV

____________

 

RICHARD MAXEY, Appellant

 

V.

 

THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY, Appellee

 



 

On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 06-03571

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from a temporary injunction signed February 23, 2006.  On
May 11, 2006, we abated the appeal, pursuant to appellee=s motion, so that the parties could
finalize a Rule 11 settlement agreement.  On August 31, 2006, appellant filed
an unopposed motion to dismiss the appeal because the settlement has been
finalized.  See Tex. R. App. P.
42.1.  We lift our May 11, 2006, abatement order and grant the motion.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 7, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.